**DISMISS and Opinion Filed July 31, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-23-00956-CV

---

### LATISHA ENGLISH, Appellant
### V.
### THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS -
### RENAISSANCE OAKS, Appellee

---

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03415-C**

---

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Pedersen, III

Appellant's brief in this case is overdue. By postcard dated June 21, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

230956F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LATISHA ENGLISH, Appellant

No. 05-23-00956-CV     V.

THE HOUSING AUTHORITY OF
THE CITY OF DALLAS, TEXAS -
RENAISSANCE OAKS, Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-03415-
C.
Opinion delivered by Justice
Pedersen, III. Chief Justice Burns and
Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 31, 2024